1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

EASTERN SHIPPING
WORLDWIDE, INC.,

   Plaintiff,

  vs.

GPMI, CO. and HANGZHOU
BONYEE DAILY NECESSITY
TECHNOLOGY CO., LTD.,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:21-cv-8293-RGK-JEM**

**[PROPOSED] JUDGMENT
AGAINST GPMI CO. AS TO
THE FIRST CAUSE OF
ACTION OF THE FIRST
AMENDED COMPLAINT**
**[26]**

1　　　　Plaintiff Eastern Shipping Worldwide, Inc.'s ("ESW") and
2　defendant GPMI Co.'s ("GPMI") stipulation to enter judgment against
3　GPMI as to the first cause of action for declaratory relief in ESW's first
4　amended complaint (the "FAC") came on for consideration on June __,
5　2022 in Courtroom 850 before the Honorable R. Gary Klausner. The
6　Court, having granted the parties' stipulation, enters judgment as
7　follows:

8

9　　　　1.　　ESW filed the FAC on October 22, 2021. [ECF no. 10].

10

11　　　　A.　　The FAC alleges that between November 2020 and
12　April 2021, GPMI requested ESW, a non-vessel-operating common
13　carrier ("NVOCC"), to arrange the transportation of certain goods
14　from ports in China or Taiwan to the ports of Los Angeles or Long
15　Beach (collectively, the "23 Shipments").

16

17　　　　B.　　The FAC alleges that ESW delivered the 23 Shipments
18　to GPMI, but that it failed to pay the freight and related charges
19　for those shipments.

20

21　　　　C.　　The FAC alleges that in April and May 2021, GPMI
22　requested ESW to arrange the ocean transportation of certain
23　goods from ports in China or Taiwan to the ports of Los Angeles or
24　Long Beach (collectively, the "7 Shipments").

25

26　　　　D.　　The FAC alleges that ESW issued seven bills of lading
27　for the transportation of the 7 Shipments, numbers 21-
28　OFI0175212, 21-OFI0175213, 21-OFI0175335, 21-OFI0175336,

1

1  21-OFI0175652, 21-OFI0176040, and 21-OFI0176063 (the "7
2  Shipments Bills of Lading").

4  E.   The FAC alleges that for two of the 7 Shipments Bills
5  of Lading, numbers 21-OFI0175212 and 21-OFI0175213, GPMI
6  did not pay seller and shipper Hangzhou Bonyee Daily Necessity
7  Technology Co., Ltd. ("Bonyee") for those cargoes (collectively,
8  "Bonyee Shipments"), and Bonyee did not telex release or
9  surrender the ESW bills of lading as to either of the Bonyee
10  Shipments.

12  F.   The FAC alleges that ESW invoiced GPMI in the
13  ordinary course for the freight and related charges for the
14  transportation of the 7 Shipments (collectively, the "7 Shipments
15  Charges"). Of the 7 Shipments Charges, $637,317.40 is as to the
16  Bonyee Shipments (the "Bonyee Charges").

18  G.   The FAC alleges that GPMI has failed to pay the 7
19  Shipments Charges and that Bonyee has failed to pay the charges
20  as to the Bonyee Shipments.

22  H.   The FAC alleges that because of the above failures to
23  pay, ESW has exercised its maritime liens as to the 7 Shipments
24  and withheld their delivery.

26  2.   On January 11, 2022, GPMI notified the Court of GPMI's
27  January 10, 2022 filing of a voluntary petition in bankruptcy (the

28

2

1 "Bankruptcy Action") in the Bankruptcy Court for the District Arizona
2 (the "Bankruptcy Court"). [ECF no. 17].

3

4     3.    On January 13, 2022, the Court stayed the instant action as
5 to GPMI. [ECF no. 18].

6

7     4.    On April 14, 2022, ESW and GPMI stipulated in the
8 Bankruptcy Action to the lift of the automatic to permit the adjudication
9 in the instant action of the existence and extent of ESW's maritime
10 liens, and possibly, their foreclosure by ESW by its sale of the 7
11 Shipments. The parties filed a joint motion in the Bankruptcy Action for
12 the Bankruptcy Court to approve the above stipulation, which was
13 entitled "Joint Motion to Approve: Stipulation By and Between GPMI
14 Co. and Eastern Shipping Worldwide, Inc. for Modification of the
15 Automatic Stay and Equitable" (the "Stipulation").

16

17     5.    On May 8, 2022, the Bankruptcy Court entered an order that
18 approved the Stipulation, among the effects of which was to vacate the
19 automatic stay as to the 7 Shipments.

20

21     6.    On May 19, 2022, further to a stipulation between ESW and
22 GPMI, the Court ordered the dismissal without prejudice of the FAC's
23 second cause of action for breach of contract against GPMI [ECF no. 24].

24

25     7.    On June 6, 2022, ESW and GPMI filed a stipulation [ECF
26 no. 26] that respectfully requested the Court to enter an order
27 dismissing without prejudice the FAC's first cause of action for
28 declaratory relief against Bonyee.

8.    Further to the Bankruptcy Court's order that lifted the automatic stay as to the 7 Shipments, ESW and GPMI stipulated and respectfully requested the Court to enter an order dismissing the FAC's second cause of action for breach of contract without prejudice, and to enter a judgment as to the FAC's first cause of action for declaratory relief, adjudging the following:

A.    ESW has valid maritime cargo liens as to the 7 Shipments; and

B.    ESW has the right to foreclose the above maritime cargo liens by selling the 7 Shipments according to law; and

C.    ESW shall apply the net proceeds of the above sale toward the amount that ESW alleges in the FAC to be due and ESW shall notify GPMI of the amount of the sale's net proceeds.

IT IS ORDERED AND ADJUDGED that:

A.    ESW has valid maritime cargo liens as to the 7 Shipments; and

B.    ESW has the right to foreclose the above maritime cargo liens by selling the 7 Shipments according to law; and

///
///
///
///

4

1            C.    ESW shall apply the net proceeds of the above sale

2     toward the amount that ESW alleges in the FAC to be due and

3     ESW shall notify GPMI of the amount of the sale's net proceeds.

4

5     Each party shall bear its costs and attorneys' fees in this action.

6

7     IT IS SO ORDERED.

8

9  Dated: _____**June 21**_____, 2022

10                                  Hon. R. Gary Klausner

11                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

[PROPOSED] JUDGMENT